

**G-3416 W. Pierson Rd, Suite 1, Flint, MI 48504; Phone (810) 789-9218; Fax (810) 789-9223**

Eastside Concrete Services, Inc
12475 Dixie Hwy.
Holly, MI 48442

RE: Meijer 245 – Hartland, MI

Bill,

Please consider this letter as a contract between Osborn's Concrete, Inc. and Eastside Concrete Services, Inc. in the amount of $126,300.00 plus 10% of all change orders that Osborn's Concrete, Inc. receives over and above Osborn's Concrete, Inc. original contract amount of $1,263,000.00. This contract will be for project management and consulting for the duration of the Meijer #245 – Hartland project. This will also include all punch list items and warranty work through the one year warranty period.

_____ 11-3-09
Robert Osborn        Date
President

_____ 11/03/09
Name & Title         Date