**EXHIBIT 7**

RECEIVED
MAY 15 2002
MICHIGAN LABORER'S
DISTRICT COUNCIL

# CONTRACT
To Be Executed Between An Employer Who
Is Not A Member Of The Signatory Group
Covered By This Agreement
1999 - 2003

Firm Name **B+T Concrete, Inc**

Address **12475 Dixie Highway, Holly, MI 49442**

Michigan Employment Security Commission
Registration Number _____

Employer's Social Security and Withholding
Tax Number **38-3376159**

Workers' Compensation Insurance
Number _____
Expires **5-1-03**
Insurance Firm **Hartland Insurance 810-632-5161**
New App

This Agreement shall become effective June 1, 1999 and continue in effect thereafter through May 31, 2003. Should either party desire to amend or terminate this Agreement at the above expiration date, such party shall give the other written notice of such desire at least sixty (60) days before May 31, 2003, and no more than ninety (90) days before May 31, 2003 and a joint meeting of both parties shall then be held for the purpose of discussing proposed changes and the incorporation into this Agreement of such amendments or alterations as may be agreed upon. If neither party gives such notice to amend or terminate, the Agreement shall remain in full force from year to year thereafter unless sixty (60) days prior to any annual anniversary date, notice be given in writing by either party to the other, indicating a desire to amend or terminate or said annual anniversary date.

We the undersigned have read and hereby agree to be bound by all the terms and conditions of the Agreement between the Labor Relations Division of the Michigan Chapter, Associated General Contractors of America, Inc. and Michigan Laborers' District Council and Local Union No. 998 of the Laborers' International Union of North America, AFL-CIO.

Signed this **10** day of **May**, **2002**

EMPLOYER:

Firm Name **B+T Concrete, Inc.**
Phone: **248-328-8550** Fax **248-328-8523**
By _____ Title **PRESIDENT**
Signature

LABORERS' LOCAL UNION NO. 998: 4209 S. Pennsylvania Avenue, Lansing, Michigan 48910
Phone: 517 393-9464    Fax: 517 393-3215
Toll Free: 800 947-6737
By _____ Title **Business Agent**
Signature

(Please return one (1) signed copy to the District Council)

17